■ HAROLD PENNER et al., Respondents, v NATIONAL RAILROAD PASSENGER CORP. et al., Defendants, and LONG ISLAND RAILROAD, Appellant. — Order, Supreme Court, New York County (H. I. Altman, J.), entered January 4, 1983 denying defendant-appellant Long Island Railroad's cross motion for summary judgment to dismiss the complaint, is, so far as appealed from by said defendant, unanimously reversed, on the law, without costs, and said cross motion is granted and the complaint is dismissed on the ground that the action against said defendant is barred by the Statute of Limitations. Defendant Long Island Railroad is a wholly owned subsidiary of the Metropolitan Transportation Authority. Pursuant to subdivisions 1, 2 and 6 of section 1276 of the Public Authorities Law, the effective Statute of Limitations for actions in tort against the Long Island Railroad is one year and 30 days after the occurrence of the alleged tort. (*Andersen v Long Is. R. R.*, 88 AD2d 328, affd 59 NY2d 657.) As the accident occurred on December 23, 1980, and the action was not begun until February 8, 1982, it was not begun within the period of one year and 30 days and is thus barred by the Statute of Limitations. There was no showing of any conduct on the part of defendant Long Island Railroad, or its agents, that would estop said defendant from interposing the defense of the Statute of Limitations. Concur — Asch, J. P., Silverman, Fein, Lynch and Kassal, JJ.

■ In the Matter of JACK E. BRONSTON, an Attorney. — Application for an order to show cause why a suspension should not be set aside denied, and the matter referred to the Departmental Disciplinary Committee for the First Judicial Department to hear and report with respect to a recommendation of final discipline. Concur — Kupferman, J. P., Sandler, Sullivan, Bloom and Fein, JJ.

■ In the Matter of FRANK L. MILLER, for Reinstatement. — Motion for reinstatement as an attorney and counselor at law in the State of New York denied. Concur — Sandler, J. P., Sullivan, Ross, Asch and Silverman, JJ.

■ In the Matter of ALFONSO A. ILARIA, for Reinstatement. — Motion to confirm referee's report granted and cross motion to disaffirm said report denied, and petition for reinstatement denied. Concur — Sandler, J. P., Sullivan, Fein, Milonas and Alexander, JJ.